# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | |
|---|---|
| ALEX M. GRIFFIN, DENNIS HARRIS, and CARLOS KING, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. CV405-55 |
| McARTHUR HOLMES; AL ST. LAWRENCE; MASON; and MISTER WOODY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiffs have submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. A review of the docket reveals that plaintiffs have not paid the $250.00 filing fee or submitted a motion to proceed *in forma pauperis*. On April 11, 2005, the Clerk's office mailed plaintiff Griffin a deficiency notice alerting him to his need to either pay the filing fee or file a motion to proceed *in forma pauperis*. Plaintiff Griffin has not responded to the Clerk's notice by taking either of the recommended steps. Even if plaintiff Griffin were to move to proceed *in forma pauperis*, that motion would most likely be denied as plaintiff Griffin "has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action

or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Court has learned that plaintiff Griffin has filed at least three civil rights actions that were dismissed prior to service of process as frivolous, malicious, or for failure to state a claim. Griffin v. Jones, No. 1:04CV1683-JOF (N.D. Ga. July 2, 2004); Griffin v. Rumfsfeld, No. 1:04CV901-JOF (N.D. GA. May 13, 2004); Griffin v. Owens, No. 1:03CV743-JOF (N.D. Ga. October 1, 2003). There is no indication from the pleadings in this case that plaintiff Griffin is in imminent danger of serious physical injury. Therefore, the Court recommends that Griffin be DISMISSED as a plaintiff to this case. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). If he wishes to pursue his claims, he must refile the action with full payment of the filing fee.

With respect to plaintiff King, he did not sign any of the pleadings submitted to the Court. Pursuant to Federal Rule of Civil Procedure 11, "[e]very pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the

party is not represented by an attorney, shall be signed by the party." Because plaintiff King has not signed the pleadings, the Court recommends that he also be DISMISSED as a plaintiff to this action.

Plaintiff Harris has signed the pleadings in this case, but he has not provided the Court with an address to contact him. Therefore, the Clerk's office had no way to send him a deficiency notice. Not only does Rule 11 require a pleader to sign the pleadings, but it also requires the pleader to include "the signor's address and telephone number, if any." Local Rule 11 similarly requires pro se plaintiffs to notify the Court of their complete address and imposes a continuing obligation to apprise the Court of any change of address. Because plaintiff Harris has not paid the filing fee or filed a motion to proceed *in forma pauperis* and because the Court has no way of notifying plaintiff of his error, the Court recommends that he also be DISMISSED as a plaintiff to this action.

For the reasons stated, the Court finds that the claims of all three plaintiffs should be DISMISSED WITHOUT PREJUDICE.

**SO REPORTED AND RECOMMENDED** this 4th day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ALEX M. GRIFFIN, et al )

vs ) CASE NUMBER CV405-55

McARTHUR HOLMES, et al ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated May 4, 2005, which is part of the official record of this case.

Date of Mailing: May 4, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

__Name and Address__

Alex M. Griffin, X0145796, Chatham County Jail, 1074 Carl Griffin Drive, Savannah, GA 31405-1327
Carlos King, GDC0001145872, Coastal State Prison, P.O. Box, 7150, Garden City, GA 31418-7150

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate