UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION



| | |
|---|---|
| ALEX M. GRIFFIN, DENNIS HARRIS, and CARLOS KING,<br><br>Plaintiffs,<br><br>v.<br><br>McARTHUR HOLMES; AL ST. LAWRENCE; MASON; and MISTER WOODY,<br><br>Defendants. | Case No. CV405-55 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13th day of June, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Alex M. Griffin, et al. )
)
vs ) CASE NUMBER CV405-55
)
McArthur Holmes, et al. ) DIVISION SAVANNAH
)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/13/05, which is part of the official record of this case.

Date of Mailing: 6/13/05

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: /s/ [signature]
Deputy Clerk

<u>Name and Address</u>

Carlos King, GDC0001145872, Coastal State Prison, P.O.Box 7150, Garden City, GA 31418-7150
Alex M. Griffin, Chatham County Detention Center, 1074 Carl Girffin Dr., Savannah, GA 31405-1329

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate